# U.S. BANKRUPTCY COURT
## Western District of Wisconsin
### SECTION 341 MEETING PROCEEDING MEMO AND
### STANDING CHAPTER 13 TRUSTEE's REPORT

**IN RE:**

Name: Daniel Addison Kimber Smith         Case #: 25-10953

Debtor Information:
- SS#: XXX-XX-2125
- Addr: 4361 Eagle Ridge Lane #2
  Windsor, WI 53598
- County: DANE

Spouse Information:
- SS#:
- Addr:
- County:

Debtor's Attorney: NOE RINCON
341 Meeting Date: 05/21/2025      Adjourned 341 Date:
Tape #: 31

Date Filed: 04/23/2025
Schedules Filed:
Plan Filed: 05/16/2025
Amd Plan Filed: 05/16/2025

**Appearances:**
- Debtor: WDL,SS, y
- Attorney: y
- Creditors: _____

## 1. INFORMATION WHICH WOULD MAKE DEBTOR'S STATEMENTS AND SCHEDULES MORE ACCURATE:

A. New Employment: _____

B. New Address:

C. Other: _____
   add a 401k amt

## 2. ELIGIBILITY / DEBT ANALYSIS:

A. Eligible under Section 109(e)?   Y

B. Analysis of Scheduled Debt:

| | |
|---|---:|
| Attorney | 3,369.00 |
| Unsecured | 264,293.83 |
| Priority | 218.00 |
| Refund | 0.00 |
| Secured | 3,949.03 |
| Case Costs | 0.00 |
| Total Debt | 271,829.86 |

C. Does Debtor have Regular Income?   Y

D. Prior Bankruptcies:   20-11002 Ch7 filed in Wisconsin Western on 04/07/2020, Standard Discharge on 07/13/2020

E. DSO's:   Y

   Notices Sent

F. Tax Returns

_____

| Tax Year | Income | Refund Due Trustee | Federal Tax Return Received On | Refund Amt | State Tax Return Received On | Refund Amt | EIC Amount | Other Amount | Other 1 Amount |
|---|---|---|---|---|---|---|---|---|---|
| 2024 | 95,911.00 | 231.00 | | -40.00 | | 271.00 | 0.00 | 0.00 | 0.00 |

G. Self Employment

| | |
|---|---|
| Is Debtor Self Employed? | N |
| Does Debtor Incur Trade Debt? | Y _____ N _____ |
| Did Debtor Complete Business Trade Questionnaire? | Y _____ N _____ |
| Will a Monthly Operating Report be Required? | Y _____ N _____ |

**3. MONTHLY BUDGET:**

| | | | | |
|---|---|---|---|---|
| Budgeted Income | 4402.83 | Available for Plan | 326.29 |
| Budgeted Expenses | 4076.54 | Plan Payments | 282.01 |
| Available for Plan | 326.29 | Excess | 44.28 |

A. Does Budget appear reasonable?   N

- INCOME ON PAY ADVICES & MEANS TEST SIGNIFICANTLY HIGHER ($1000+) THAN SHOWN ON SCHED I DUE TO BONUS. ANNUAL? - not since filing. Change in March; raise 1% 5k bonus, likely

- SCHED I DOES NOT INCL ANY INCOME FROM BONUS. ~$354/MO NET LOW

-LIVES WITH FIANCE AND SHARES EXPENSES ALTHO SCH J EXPENSES FOR DEBTOR AND DEP ARE HIGH - $1000 FOOD+$225 PERSONAL CARE +$150 RECREATION, , $300 CHILDCARE/EDUC, $500 MEDICAL (NO ADDL MED ON MEANS TEST)- trying to get some things taken care of tooth implant, eye surgery, also several hundered a mo medical exp

-PAYS $1170/MO DSO BUT DEP LIVES WITH DEBTOR

B. Means Test:  Is all disposable income applied?  (Sec 1325(b)(1)(B))    Y

-60 MO PLAN. NET MDI UNCERTAIN DUE TO $5500 ATTY FEES, IF REDUCED TO $4500, NET MDI IS $5480.80m PROJ=$7300 FOR UNSEC. - $3300 and paid will review

-Tee TO PAY #55/MO TOWARDS STUDENT LOAN DEBT - yes ,

-SOFA#18 SALES OF COLLECTIBLE TRADING CARDS, INFO SCANT, WHAT WERE FUNDS USED FOR? - no, that was in error was in 2020 ch 7 , still has amout on AB but no recent sales or dealings

-SOFA# 6  PD $5791 TO NON-STUDENT LOAN UNSEC CREDS (HEARTLAND CU AND UW HEALTH) PRIOR TO FILING

C. Will debtor be able to make all payments under the plan and comply with the plan? (Sec 1325(a)(6)) Y

-SCH E DELQ TAXES,  ADDRESSED FOR FUTURE? yes

**4. PLAN:**

A. Number of months the Plan is expected to last:    60

| Payment Start | Payment End | Payment Amount | Frequency | Source |
|---|---|---|---|---|
| 5/23/2025 | 5/16/2030 | 130.16 | BIWEEKLY | DEBTOR |

B. Total to be paid into the Plan:        16920.80

C. Approximate percentage to Unsecureds:    0

D. Source of Income:   HSA BANK

   Spouse income:   _____

E. Wage Order Sent To:  HSA BANK - FIRST PYMT DUE 5/23, NOTHING PENDING ON TFS, HAS EMPLOYER STARTED W/H?-

F. Payments received to Date:   $0.00                                              N
   Will debtor commence payments within 30 days after the plan has been filed?
                                                                                   N
G. Has the plan been proposed in good faith and not any means forbidden by law? (Sec 1325(a)(3))
   If "No", plan cannot be confirmed.

H. Attorney Fee Requested    5500.00       Paid to Date:   2131.00
   Balance Due Under Plan          3369.00  Approximate months to pay:   27.00
       Trustee recommends amount requested?    N
       If no, amount the Trustee recommends:

I. Does the Plan Properly Classify Debts?    Y
   -VEH LIEN PROVIDED BY D ATTY SHOWS LIEN PERFECTION 5/5/25 (POST FILING) - IS THERE PRE-FILING LIEN PERFECTION?- was reaffirm from ch 7

J. Does the plan provide for curing of default or payment in full of Secured Debt? (Sec 1325(a)(5))Y
   _____

K. Does the plan provide for full payment of Priority Debt?     Y
   _____

L. Was a Liquidation
   Analysis Provided By the            Under Chapter 7                    Under Chapter 13
   Debtor? (Sec 1325(a)(5))   Assets:              22510.19   Total Paid To Plan:        16920.80
        N                     Admin, Security:                A.S.P. Debt:    7536.03
   Unsecureds Do Better       Priority (ASP)        7536.03   Less Direct:       0.00    7536.03
   Under Chapter:  13         Exemptions:          19132.63   Trustee Fee on Net A.S.P:    593.45
                              Available for UnSec: -4158.47   Amt Avail for Unsec:        8791.32

## 5. CLAIMS AND OBJECTIONS

### Direct Claims

WISCTF                              Scheduled for:          0.00     Filed for:    0.00
Claim Ref Number:    18             Scheduled as:   DIRECT           Filed as:     Not Filed
Reason:                                                              Filed date:
Objection Filed?  No

### Secured

EXETER FINANCE LLC                  Scheduled for:      3,949.03     Filed for:    0.00
Claim Ref Number:    16             Scheduled as:   Secured          Filed as:     Not Filed
Reason:   2017 Subaru Legacy                                         Filed date:
Objection Filed?  No

**Priority**

| INTERNAL REVENUE SERVICE | | Scheduled for: | 218.00 | Filed for: | 0.00 |
| --- | --- | --- | --- | --- | --- |
| Claim Ref Number: | 17 | Scheduled as: | Priority | Filed as: | Not Filed |
| Reason: | | | | Filed date: | |
| Objection Filed? | No | | | | |

**7**

| US BANKRUPTCY COURT | | Scheduled for: | 0.00 | Filed for: | 0.00 |
| --- | --- | --- | --- | --- | --- |
| Claim Ref Number: | 4 | Scheduled as: | Case Costs | Filed as: | Not Filed |
| Reason: | | | | Filed date: | |
| Objection Filed? | No | | | | |

**8**

| DEBTOR | | Scheduled for: | | Filed for: | |
| --- | --- | --- | --- | --- | --- |
| Claim Ref Number: | 2 | Scheduled as: | Refund | Filed as: | Refund |
| Reason: | | | | Filed date: | 4/23/2025 |
| Objection Filed? | No | | | | |

| DEBTOR | | Scheduled for: | 0.00 | Filed for: | 0.00 |
| --- | --- | --- | --- | --- | --- |
| Claim Ref Number: | 3 | Scheduled as: | Refund | Filed as: | Not Filed |
| Reason: | | | | Filed date: | |
| Objection Filed? | No | | | | |

**Attorney**

| NOE RINCON | | Scheduled for: | 3,369.00 | Filed for: | |
| --- | --- | --- | --- | --- | --- |
| Claim Ref Number: | 1 | Scheduled as: | Attorney | Filed as: | Not Filed |
| Reason: | | | | Filed date: | |
| Objection Filed? | No | | | | |

**6. TRUSTEE RECOMMENDATIONS:**

Does Trustee Recommend Confirmation?     N

-$5500 TOTAL ATTY FEES, JUSTIFY OR REDUCE

Trustee Comments:

{ 3A, 4F, 4H, 4J }
- missing: pre-petition veh lien perfection
- INCOME ON PAY ADVICES & MEANS TEST SIGNIFICANTLY HIGHER ($1000+) THAN SHOWN ON SCHED I & SCHED I DOES NOT INCL ANY INCOME FROM RECURRING BONUS. ~$354/MO NET LOW
- No plan pmts - MTD filed, last day to obj 6/17

Date Completed:   05/29/2025                              /s/ _____

                                                          Mark Harring
                                                          Standing Chapter 13 Trustee